■ MARYLOUISE STRANGE, Respondent, v. LEVY BROS. FURNITURE CO., INC., et al., Appellants.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Niagara Trial Term for plaintiff in an action for property damage to plaintiff's furniture and personal property alleged to have been caused by

fire claimed to have resulted from negligence in repair of electrical appliance.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.